Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−14326−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven Longo
503 Route 54
Buena, NJ 08310

Christine Margaret Longo
503 Route 54
Buena, NJ 08310

Social Security No.:
xxx−xx−3575

xxx−xx−5055

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

503 Route 54, Buena, NJ

Dated: August 30, 2023
JAN: eag

Jeanne Naughton
Clerk